# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ELIZABETH ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1520-CFC |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC and TIMEPAYMENT CORP. | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff Sharon Elizabeth Rogers and Defendant TimePayment Corp., by and through their counsel of record, have resolved all disputes between them in this action. The Parties shall submit a Stipulation of Dismissal with prejudice as to Defendant TimePayment Corp. within ninety (90) days.

[*Signature page follows*]

Respectfully submitted,

*/s/ Siobhan McGreal*
Siobhán McGreal, Esq.
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Email: smcgreal@consumerlawfirm.com

*Attorneys for Plaintiff*

*/s/ Ann M. Kashishian*
Ann M. Kashishian (DE #5622)
**KASHISHIAN LAW LLC**
501 Silverside Road, Suite 85
Wilmington, DE 19809
Tel: 484-302-8417
Email: amk@kashishianlaw.com

*Attorneys for Plaintiff*

*/s/ Penelope B. O'Connell*
Penelope B. O'Connell, Esq.
**O'Hagan Meyer**
3 Logan Square
1717 Arch St, Suite 3910
Philadelphia, PA 19103
215-461-3300
Email: poconnell@ohaganmyer.com

*/s/ Charles K. Seyfarth*
Charles K. Seyfarth, Esq.
**O'Hagan Meyer**
411 E. Franklin, Suite 500
Richmond, VA 23219
804-403-7137
cseyfarth@ohaganmeyer.com

*/s/ Elizabeth S. Turner*
Elizabeth S. Turner, Esq
**O'Hagan Meyer**
411 E. Franklin, Suite 500
Richmond, VA 23219
804-403-7132
Email: eturner@ohaganmeyer.com

*Counsel for Defendant TimePayment Corporation*

Dated: December 8, 2023