## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHARON ELIZABETH ROGERS,

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

EQUIFAX INFORMATION SERVICES, LLC

AND TIMEPAYMENT CORPORATION.

     Defendants.

C.A. NO. 1:22-cv-01520-CFC

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff Sharon Elizabeth Rogers and Defendant Equifax Information Services, LLC, by and through their counsel of record, have resolved all disputes between them in this action.  The Parties shall submit a Stipulation of Dismissal with prejudice as to Defendant Equifax Information Services, LLC within ninety (90) days.

[*Signature page follows*]

Respectfully submitted,


/s/ Ann M. Kashishian__                          /s/ Karen M. Grivner_
Ann M. Kashishian (DE Bar No. 5622)              Karen M. Grivner (DE Bar No. 4372)
**Lewis Brisbois Bisgaard & Smith LLP**          **Clark Hill PLC**
500 Delaware Avenue, Suite 700                   824 N. Market St, Suite 710
Wilmington, DE  19801                             Wilmington, DE 19801
Tel: 302-295-9441                                 Tel: (302) 250-4750
Email: ann.kashishian@lewisbrisbois.com           Email: kgrivner@clarkhill.com

       -and-               *Counsel for Defendant Equifax Information*
                                                  *Services, LLC*
Siobhán McGreal, Esq.
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Email: smcgreal@consumerlawfirm.com

*Counsel for Plaintiff*


Dated: June 7, 2024