## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ELIZABETH ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | C.A. No. 22-1520-CFC |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Sharon Elizabeth Rogers and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, have resolved all disputes between them in this action. The Parties shall submit a Stipulation of Dismissal with prejudice as to Experian within ninety (90) days. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining defendants. The Parties further request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement until a Stipulation of Dismissal is filed.

- 2 -

Dated:  July 10, 2024

Respectfully submitted,

OF COUNSEL

Stephanie M. Pryor
JONES DAY
250 Vesey Street
New York, NY 10281-1047
(212) 326-3416

/s/ *Travis Hunter*
Travis S. Hunter (#5350)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
hunter@rlf.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

Siobhán McGreal, Esq.
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
smcgreal@consumerlawfirm.com

/s/ *Ann M. Kashishian*
Ann M. Kashishian (DE Bar No. 5622)
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
(302) 295-9441
ann.kashishian@lewisbrisbois.com

*Attorneys for Plaintiff*